UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JASON RUBEN,

                                                Plaintiff,

               -against-                                    **STIPULATION OF VOLUNTARY DISMISSAL**

CITY OF NEW YORK,

                                            Defendant.                   21-CV-5047 (PAE)

------------------------------------------------------------------------ x

        **WHEREAS,** Plaintiff Jason Ruben commenced the above-captioned action by filing a complaint on June 8, 2021;

        **WHEREAS**, Defendant City of New York has denied any and all liability arising out of Plaintiff's allegations, and;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as represented below that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is withdrawn, discontinued, and dismissed with prejudice, and without costs, fees or disbursements to any party, and an order to that effect may be

entered without further notice.

Dated:	New York, New York
	May 23, 2022

| | |
|---|---|
| **Rebekah Beth Cook-Mack**<br>Levy Ratner, P.C.<br>Attorneys for Plaintiff<br>80 Eighth Avenue, Floor 8<br>New York, NY 10011<br><br>By: _____<br>  Rebekah Beth Cook-Mack | **HON. SYLVIA O. HINDS-RADIX**<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendant<br>100 Church Street, Rm. 2-172<br>New York, New York 10007<br>(212) 356-2658<br>mdecastr@law.nyc.gov<br><br>By: _____<br>  Maria Fernanda DeCastro<br>  Senior Counsel |

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 26, 2022